UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE JONES,

    Plaintiff,

v.                                    CASE NO: 07-CV-11002-DT

KAKANNI AND BENCY K. MATHAI,

    Defendants
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      This matter was referred to United States Magistrate Judge Virginia M. Morgan pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In her March 24, 2009 report, the magistrate judge recommends that this court grant Defendants' Motion for Summary Judgment and the case be closed.

      No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), thus further appeal rights are waived.[1] Having reviewed the file and the Report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Any objection was due with the ten days of service, which occurred not later than April 30, 2004, Fed.R.Civ.P.6(e). No objection has been filed as of the date of this order.

**ORDER**

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Defendants' Motion for Summary Judgment is **GRANTED.**

   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 23, 2009, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522